UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT, | No.  2:16-cv-2575 KJN P |
| Petitioner, | |
| v. | ORDER |
| DAVIS, Warden, | |
| Respondent. | |

Plaintiff is a state prisoner, proceeding pro se.  On October 27, 2016, this court received a petition for writ of habeas corpus signed by petitioner on October 21, 2016, which was opened as a new federal habeas action.  (ECF No. 1.)  However, the petition is addressed to the California Supreme Court.  Petitioner has another federal petition for writ of habeas corpus pending.  Blount v. Soto, No. 2:15-cv-1809 KJM AC (E.D. Cal.).  Petitioner also filed a declaration on October 27, 2016, which was docketed in his prior habeas action, and in which he claims he mailed his writ to the California Supreme Court at 501 I Street, Sacramento.  Id. (ECF No. 25.)[1]  However, the address used by petitioner is incorrect.

Because petitioner's declaration makes clear his intent to file the petition in the California Supreme Court, the undersigned directs the Clerk of the Court to forward petitioner's original

---

[1] Petitioner previously filed habeas petitions addressed to the California Supreme Court in his prior pending habeas action.  Id. (ECF Nos. 14, 19).

1

petition to the California Supreme Court, 350 McAllister Street, San Francisco, CA  94102-4797.  The scanned copy of his petition will remain on the court's docket in CM/ECF, and the Clerk is directed to close the instant action.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to forward petitioner's original, handwritten petition to the California Supreme Court, 350 McAllister Street, San Francisco, CA  94102-4797; and

2.  The scanned copy of the petition will remain in CM/ECF, and the Clerk shall close this action.

Dated:  November 9, 2016

/blou2575.clo

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2